433 A.2d 537

Commonwealth ex rel. Sweatlock v. Strzelecki.

Petition for Allowance of Appeal Denied Aug. 3, 1981.

In re Involuntary termination of parental rights of Donna Sweatlock and Paul A. Douglas.

Appeal of James C. Strzelecki and Barbara Strzelecki.

Reargument and/or Reconsideration Denied July 10, 1981.

Argued January 21, 1981. Joyce Ullman, for appellants; James Lubarsky, for appellees; Carl Longebach, for Adoptee Guardian Ad Litem, Participating Party.

Before HESTER, DiSALLE and POPOVICH, JJ.

The order of the Court of Common Pleas of Northampton County dated December 12, 1980, which awards custody to the natural mother is affirmed.

DiSALLE, J., filed a memorandum dissenting statement.